FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 0 8 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CASE NO. 4:07mc20 |
| v. | § | (Judge Schell) |
| | § | |
| CATHEY M. ATCHLEY, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 17, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent Cathey M. Atchley ("Respondent") fully comply with the summons issued to secure information to complete a Collections Information Statement and appear at the Offices of the Internal Revenue Service.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed,[1] this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

---

[1] The court notes that on July 30, 2007, Respondent filed an untitled document with the court stating, "I Accept for Value this matter and is returned for settlement and closure. This is in full accord with Public Policy." (Dkt. 12). This statement, however, does not appear to be an objection to the magistrate judge's recommendations and will not be construed as such. Furthermore, the statement is incomprehensible and has no legal meaning.

It is, therefore,

**ORDERED** that Respondent shall fully comply with the summons issued to secure information to complete a Collections Information Statement and appear on *August 22, 2007, at 9:00 a.m.* at the offices of the Internal Revenue Service, 5450 Stratum Dr., Suite 150, Fort Worth, Texas 76137, to meet with Revenue Officer Alan J. Barker or his designated agent, and to comply with the summons, and produce the records and testimony called for in the summons.

**SIGNED** this 7th day of August, 2007.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE